TRAVIS JENSEN (SBN 259925)
tjensen@orrick.com
DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:+1 650 614 7400
Facsimile:+1 650 614 7401

ANDREW SCHREIBER (Bar No. 90012714)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone:+1 202 339 8400
Facsimile:+1 202 339 8500

Attorneys for Plaintiffs
MICROCHIP TECHNOLOGY INC. and
MICROSEMI CORP.

John V. Picone III (SBN 187226)
Spencer Fane LLP
225 West Santa Clara St, Suite 1500 | San Jose, CA 95113
408.918.2805
jpicone@spencerfane.com

Attorneys for Defendants
GTMI, INC., CANG NGUYEN and JERRY CHANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROCHIP TECHNOLOGY INC. and MICROSEMI CORP., <br><br>Plaintiffs, <br><br>v. <br><br>GTMI, INC., CANG NGUYEN, and JERRY CHANG, <br><br>Defendants. | Case No. 5:23-cv-6400-BLF <br><br>[~~PROPOSED~~] **ORDER RE SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE** |

WHEREAS Plaintiffs Microchip Technology Inc. and Microsemi Corporation ("Plaintiffs") and Defendants GTMi, Cang Nguyen and Jerry Chang ("Defendants") are parties to a civil action entitled *Microchip Technology Inc. and Microsemi Corporation v. GTMi, Cang Nguyen and Jerry Chang*, in the United States District Court for the Northern District of California, Case No. 5:23-cv-6400-BLF (the "Litigation");

WHEREAS Plaintiffs have filed a complaint against Defendants alleging conversion, breach of contract, and unfair competition concerning various physical and intellectual proprietary property owned by Plaintiffs including but not limited to custom capacitors and data sheets. Defendants have not yet responded to these allegations; and

NOW THEREFORE, in consideration of the foregoing and in consideration of the payments, promises, and mutual undertakings set forth herein and in the Parties' Confidential Settlement Agreement ("Agreement") executed by Plaintiffs and Defendants and incorporated herein by reference, the sufficiency of which is hereby acknowledged, the Court orders as follows.

1. Defendants, their officers, agents, servants, employees, attorneys, affiliated companies, assigns and successors in interest, and those persons in active concert or participation with them are permanently enjoined from using or otherwise accessing Plaintiffs' proprietary or confidential information, intellectual property, or physical property, including but not limited to: product designs, layouts, datasheets, test procedures, or proprietary equipment or components including, but not limited to, Plaintiffs' custom capacitors.

2. This Court shall retain jurisdiction of this matter to enforce the terms of the Agreement without the necessity of any party's filing a separate lawsuit to do so. In any contest over an alleged violation of this Agreement, the prevailing party shall recover its reasonable attorneys' fees and costs.

3. All claims filed herein are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2024

_____
HONORABLE BETH L FREEMAN
United States District Judge

[~~PROPOSED~~] ORDER RE SETTLEMENT AND DISMISSAL
5:23-cv-6400-BLF

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP